UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ERIC C. HODGES,

    Petitioner,

  v.

RAYMOND MADDEN,

    Respondent.

Case No. 16-cv-5068-TEH

ORDER OF TRANSFER

This federal habeas action, in which Petitioner challenges a conviction he suffered in the Nevada County Superior Court, is TRANSFERRED to the Eastern District of California, as that is the district of conviction. See 28 U.S.C. §§ 1404(a), 2241(d); Habeas L.R. 2254-3(b).

The Clerk shall transfer this matter and terminate all pending motions as moot.

IT IS SO ORDERED.

Dated: 10/3/2016

_____
THELTON E. HENDERSON
United States District Judge

G:\PRO-SE\TEH\HC.16\Hodges5068.trn.docx