IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC C. HODGES,<br><br>          Petitioner,<br><br>  v.<br><br>RAYMOND MADDEN,<br><br>          Respondent. | No. 2:16-cv-2402 CKD P<br><br>ORDER |

  Respondent has moved for a 30-day enlargement of time within which to file a response to the petition in this matter. GOOD CAUSE APPEARING, IT IS ORDERED that Respondent's motion (ECF No. 14) is granted. The response to the petition shall be filed on or before February 16, 2017.

Dated: January 13, 2017

                    /s/ Carolyn K. Delaney
                    CAROLYN K. DELANEY
                    UNITED STATES MAGISTRATE JUDGE